C. M. NELSON AND HIS WIFE, MARTHA NELSON, *Appellants*, v. W. B. HODGKINS, AND HIS WIFE, ——— HODGKINS; E. M. ARBOGAST AND HIS WIFE, ——— ARBOGAST; AND M. B. JONES, *Appellees*.

Division B.

Decision Filed May 4, 1928.

*R. P. Jones* and *E. M. Magaha,* for Appellants;

*W. W. Whitehurst* and *Kelly Kash,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judg-

ment to be given in the premises, it seems to the Court that there is no error in the decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.